IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SHELITHA R PARKS,                    *
                                     *
            Plaintiff,               *
                                     *
vs.                                  *        No. 4:13CV000204 SWW
                                     *
CENTRAL ARKANSAS TRANSIT,            *
                                     *
                                     *
            Defendant.               *
                                     *

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SHELITHA R PARKS,                    *
                                     *
            Plaintiff,               *
                                     *
vs.                                  *        No. 4:13CV000205 SWW
                                     *
CENTRAL ARKANSAS TRANSIT,            *
                                     *
                                     *
            Defendant.               *
                                     *

**Judgment**

Pursuant to the Memorandum and Order entered in this matter on this date, plaintiff's

complaints are dismissed with prejudice.  The relief sought is denied.

DATED this ___1st___ day of April, 2014.


                                        UNITED STATES DISTRICT JUDGE